**Opinion issued March 13, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00869-CV**

———————————

**GREGORY DEAN CURTIS, Appellant**

**V.**

**CHRISTOPHER QUOC TRAN, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1213415**

---

## MEMORANDUM OPINION

Appellant Gregory Dean Curtis, proceeding pro se, failed to file a brief. *See*
TEX. R. APP. P. 38.6(a), 38.8(a). On October 29, 2024, the Clerk of this Court
notified Appellant that his appellate brief was past due, and his appeal was subject

to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file his brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.